1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>                          Plaintiff,<br><br>v.<br><br>SETHI MANAGEMENT INC., a California corporation dba Hampton Inn Chula Vista Eastlake,<br><br>                         Defendant. | Case No.: 20-CV-1903 W (KSC)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO SERVE DEFENDANT**<br><br>**Civ.LR 4(m)** |

      Plaintiff filed this lawsuit on September 23, 2020. (*See Compl.* [Doc. 1].) The summons was issued on September 24, 2020. (*See Summons* [Doc. 2]).

      Rule 4(m) of the Federal Rules of Civil Procedure requires service within 90 days of commencing an action in federal court. The docket indicates that Plaintiff has not served the Defendant or requested an extension of time in which to do so. Accordingly, on July 21, 2021, this Court ordered Plaintiff to show cause why the Defendant should not be dismissed without prejudice by filing a response to the order on or before August 13, 2021. (*OSC Order* [Doc. 4].) The order further warned Plaintiff that failure to file a

written response "will result in the dismissal without prejudice of the Defendant."  (*Id.* 1:27–28.)

To date Plaintiff has not filed a response to the OSC Order, nor has she requested an extension of time in which to do so.  Accordingly, the Court **ORDERS** the case **DISMISSED WITHOUT PREJUDICE** for failure to serve Defendant pursuant to Civil Local Rule 4(m).

**IT IS SO ORDERED**

Dated:  August 23, 2021

_____
Hon. Thomas J. Whelan
United States District Judge